No. 83–202. CITY OF COLUMBIA, MISSOURI *v.* PAUL N. HOWARD CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 83–210. IVEY ET AL. *v.* FISHER. Super. Ct. Ga., Cherokee County. Certiorari denied.

No. 83–211. LOWRY ET AL. *v.* BALTIMORE & OHIO RAILROAD CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 83–212. WYNN OIL CO. *v.* SOUTHERN UNION EXPLORATION COMPANY OF TEXAS. Ct. App. N. M. Certiorari denied.

No. 83–214. ONE PARCEL OF LAND IN MONTGOMERY COUNTY, MARYLAND, ET AL. *v.* WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY. C. A. 4th Cir. Certiorari denied.

No. 83–215. BRIDGES *v.* CAPE PUBLICATIONS, INC., ET AL. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 83–220. NATIONS ET UX. *v.* SUN OIL CO. (DELAWARE) ET AL. C. A. 5th Cir. Certiorari denied.

No. 83–221. MESTRE, PERSONAL REPRESENTATIVE OF THE ESTATE OF MESTRE *v.* PITNEY BOWES, INC. C. A. 11th Cir. Certiorari denied.

No. 83–223. DUGGAN *v.* BERDIN. C. A. 11th Cir. Certiorari denied.

No. 83–224. ADAMS CENTRAL SCHOOL DISTRICT NO. 090 ET AL. *v.* DEIST ET AL. Sup. Ct. Neb. Certiorari denied.

No. 83–230. GUARD ET AL. *v.* KILBURN. Sup. Ct. Ohio. Certiorari denied.

No. 83–231. BURRELL ET AL. *v.* COUNTY OF SACRAMENTO, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.